IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY D. JOHNSON,

    Petitioner,                   No. CIV S-03-2496 DFL KJM P

    vs.

D.L. RUNNELS,

    Respondent.                 <u>ORDER</u>

_____/

    Petitioner has filed his second request for an extension of time to file and serve his traverse in reply to respondent's answer as directed by the court's order of February 7, 2005. Good cause appearing, the request will be granted. No further extensions of time will be granted.

    IT IS HEREBY ORDERED that:

    1. Petitioner's May 31, 2005 request for an extension of time is granted; and

    2. Petitioner shall file and serve his traverse on or before July 5, 2005. No further extensions of time will be granted.

DATED: June 6, 2005.

                                             UNITED STATES MAGISTRATE JUDGE

/kf  john2496.111a