IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY D. JOHNSON,

      Petitioner,                    No. CIV S-03-2496 RRB KJM P

   vs.

D.L. RUNNELS,

      Respondent.               ORDER

_____/

      Petitioner has requested an extension of time to file and serve objections to the findings and recommendations filed September 25, 2007.  Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's October 15, 2007 request for an extension of time is granted; and

      2. Petitioner shall file and serve his objections to the findings and recommendations on or before November 14, 2007.

DATED:  October 26, 2007.

                                          _____
                                          U.S. MAGISTRATE JUDGE

/ke
john2496.111