IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY D. JOHNSON,

        Petitioner,               No. CIV S-03-2496 RRB KJM P

     vs.

D.L. RUNNELS,

        Respondent.          <u>ORDER</u>

        Petitioner has filed his second request for an extension of time to file and serve objections to the September 25, 2007 findings and recommendations. Good cause appearing, the request will be granted. No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Petitioner's November 19, 2007 request for an extension of time is granted; and

        2. Petitioner shall file and serve objections to the September 25, 2007 findings and recommendations on or before December 14, 2007. No further extensions of time will be granted.

DATED: November 30, 2007.

                                       U.S. MAGISTRATE JUDGE

/mp
john2496.111sec